IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN J. SHINE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 19-5341 |
| | : | |
| JULIO ALGARIN, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 9th day of September, 2020 upon independent consideration of the Petition for Writ of Habeas Corpus, the Response and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated July 30, 2020, **IT IS HEREBY ORDERED** that:

1. the R&R is **APPROVED** and **ADOPTED**;

2. the Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, U.S.D.J.